**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7348**

THERL TAYLOR,

            Plaintiff - Appellant,

      v.

UNDETERMINED,

            Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Mary Gordon Baker, Magistrate Judge.  (2:15-cv-00093-RMG-MGB)

Submitted:  January 29, 2016          Decided:  March 3, 2016

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Therl Taylor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Therl Taylor, a South Carolina prisoner, seeks to appeal the district court's order authorizing the South Carolina Department of Corrections to collect a filing fee in this action. Our review of the district court's docket reveals no such order in this case. See Taylor v. Undetermined, No. 2:15-cv-00093-RMG-MGB (D.S.C.). To the extent Taylor seeks to appeal the district court's entry of his notice of voluntary dismissal, we lack jurisdiction. See Dearth v. Mukasey, 516 F.3d 413, 415 (6th Cir. 2008) ("Generally, a plaintiff who requests or consents to the dismissal of his action cannot appeal that dismissal because it is not an involuntary adverse judgment."). Finally, Taylor's challenge to the magistrate judge's order requiring him to bring the case into proper form is moot because Taylor voluntarily dismissed the complaint.

Accordingly, we dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED